UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:22-cv-23596-KMW

ALEXANDER BOLOTOV,

    Plaintiff,

v.

ZOETOP BUSINESS CO. LIMITED, a Hong Kong limited company and SHEIN DISTRIBUTION CORP., a Delaware corporation,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Alexander Bolotov, by and through its undersigned counsel, hereby, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses with prejudice the instant lawsuit against Defendants, with each party to bear its own costs, attorneys' fees and expenses.

DATED: March 16, 2023

Respectfully submitted,

*/s/ Layla T. Nguyen*
LAYLA T. NGUYEN
Florida Bar No. 1024723
Layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
Florida Bar No: 98220
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 - Facsimile

*Attorneys for Plaintiff*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK